

David A. Boag

**BOAG | LAW, PLLC**
447 Broadway, Ste. 2-270
New York, NY 10013
**212.203.6651**
**dab@boagip.com**

October 12, 2022

Compound Finance
(d/b/a Compound Protocol, Compound Finance, compound.finance)
COMP Owners and Compound Finance Governance

*via posting* to www.comp.xyz
*via posting to* twitter.com/compoundfinance

RE:   *True Return Systems, LLC v. Compound Protocol*,
      No. 22-cv-08483 (S.D.N.Y. filed Oct. 5, 2022)

Dear Sir or Madam:

Enclosed please find a copy of the Complaint filed against Compound Protocol last week in the United States District Court for the Southern District of New York, and the Summons issued by the Court.

Please confirm that Compound will waive formal service of the Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

If you are represented by counsel, please forward this to their attention.

Very truly yours,

David A. Boag

Attachments:
   1-Complaint w/ Exhibits (*via* go.boagip.com/compound)
   2-Summons (*via* go.boagip.com/compound)