UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPOUND PROTOCOL,<br><br>Defendant. | Case No. 1-22-cv-08483-JPC |

**DECLARATION OF DAVID A. BOAG IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO SERVE DEFENDANT COMPOUND PROTOCOL BY ELECTRONIC MEANS**

I, David A. Boag, declare as follows:

1. I am over the age of 18 and a member in good standing of the State Bar of New York and certified to practice before this Court. I am the principal of Boag Law, PLLC, counsel of record for plaintiff True Return Systems, LLC ("TRS" or "Plaintiff").

2. I attest that the attached Exhibits in Support of Plaintiff's Ex Parte Motion for Leave to Serve Defendant Compound Protocol by Electronic Means are true and correct.

3. I make this declaration based upon personal knowledge, and I could and would competently testify to the facts stated herein if called to do so.

4. Exhibit A is a true and correct copy of a screen printout from <https://docs.compound.finance>, which was retrieved on February 1, 2023.

5. Exhibit B is a true and correct copy of a screen printout from <https://tokenterminal.com/terminal/projects/compound/revenue-share>, which was retrieved on February 1, 2023.

-2-

6. Exhibit C is a true and correct copy of a screen printout from <https://docs.compound.finance/v2/governance>, which was retrieved on February 1, 2023.

7. Exhibit D is a true and correct copy of a screen printout from <https://tokenterminal.com/terminal/projects/compound> and selecting the menu selection "Total value locked" which was retrieved on February 1, 2023.

8. Exhibit E is a true and correct copy of a screen printout of <https://medium.com/compound-finance/compound-community-ownership-ee0ed1252cc3>, which was retrieved on February 1, 2023.

9. Exhibit F is a true and correct copy of a screen printout from <https://twitter.com/compoundfinance/status/1564695152626655234>, which was retrieved on February 1, 2023.

10. Exhibit G is a true and correct copy of a screen printout from <https://twitter.com/compoundfinance/status/1449148429058260992>, which was retrieved on February 1, 2023.

11. Exhibit H is a true and correct copy of a screen printout from <http://www.comp.xyz>, which was retrieved on February 1, 2023.

12. Exhibit I is a true and correct copy of a screen printout from <https://twitter.com/compoundfinance>, which was retrieved on February 1, 2023.

13. Exhibit J is a true and correct copy of a screen printout from <https://twitter.com/compgovernance/status/1619022795622551565>, which was retrieved on February 1, 2023.

-3-

14. Exhibit K is a true and correct copy of a screen printout from <https://www.comp.xyz/t/liquidation-event-handling-and-collateral-reserves/3684>, which was retrieved on February 1, 2023.

15. Exhibit L is a true and correct copy of a screen printout from <https://compound.finance/governance/proposals/132>, which was retrieved on February 1, 2023.

16. Exhibit M is a true and correct copy of a screen printout from <https://twitter.com/InventFi/status/1501974258846732291>, which was retrieved on February 1, 2023.

17. Exhibit N is a true and correct copy of a screen printout from <https://www.comp.xyz/t/re-compound-s-use-of-u-s-patent-no-10-025-797-method-and-system-for-separating-storage-and-process-of-a-computerized-ledger-for-improved-function/3064>, which was retrieved on February 1, 2023.

18. Immediately after the commencement of this action on October 12, 2022, I provided copies of the Complaint, Summons, supporting materials, and a letter requesting waiver of service to Compound Protocol via the Compound Protocol Forum.

19. Exhibit O is a true and correct copy of a message I received after posting the Summons and Complaint to the www.comp.xyz forum on October 12, 2022. To the best of my knowledge, the post was never released by the administrator.

20. Exhibit P is a true and correct copy of a screen printout from <https://twitter.com/BOAGIP/status/1580298126790782976>, which was retrieved on February 1, 2023. As of this Declaration, the post had approximately 768 impressions and 36 engagements.

21. Exhibit Q is a true and correct copy of a screen printout from <https://twitter.com/BOAGIP/status/1547566736999755780>, which was retrieved on February 1, 2023.

22. Contemporaneously with the Exhibit Q posting, I submitted the same letter and pre-filing complaint to the Compound Forum at www.comp.xyz. To the best of my knowledge, the submission was not released by the administrator.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 1st day of February, 2023.

_____
David A. Boag