Compound

Markets   Governance   Docs   🔍 Search the docs

Compound III ▾   Interest Rates   Collateral & Borrowing   Liquidation   Account Management   Protocol Rewards   Governance   Helper Functions

Introduction
Networks
Protocol Contracts
Developer Resources
Security

## Compound III

### Introduction

Compound III is an EVM compatible protocol that enables supplying of crypto assets as collateral in order to borrow the *base asset*. Accounts can also earn interest by supplying the base asset to the protocol.

The initial deployment of Compound III is on Ethereum and the base asset is USDC.

Please join the #development room in the Compound community Discord server as well as the forums at comp.xyz; Compound Labs and members of the community look forward to helping you build an application on top of Compound III. Your questions help us improve, so please don't hesitate to ask if you can't find what you are looking for here.

For documentation of the Compound v2 Protocol, see docs.compound.finance/v2.

### Networks

The network deployment artifacts with contract addresses are available in the Comet repository `deployments/` folder.

**Mainnet USDC**   Mainnet WETH   Goerli USDC   Goerli WETH   Fuji USDC



### Protocol Contracts

#### cUSDCv3

This is the main proxy contract for interacting with the new market. The address should remain fixed and independent from future upgrades to the market. It is an OpenZeppelin TransparentUpgradeableProxy contract.

#### cUSDCv3 Implementation

This is the implementation of the market logic contract, as deployed by the Comet Factory via the Configurator.

#### cUSDCv3 Ext

This is an extension of the market logic contract which supports some auxiliary/independent interfaces for the protocol. This is used to add additional functionality without requiring contract space in the main protocol contract.

#### Configurator

This is a proxy contract for the `configurator`, which is used to set and update parameters of a Comet proxy contract. The configurator deploys implementations of the Comet logic contract according to its configuration. This pattern allows significant gas savings for users of the protocol by 'constantizing' the parameters of the protocol.

#### Configurator Implementation

This is the implementation of the Configurator contract, which can also be upgraded to support unforeseen changes to the protocol.

#### Proxy Admin

This is the admin of the Comet and Configurator proxy contracts. It is a ProxyAdmin as recommended/implemented by OpenZeppelin according to their upgradeability pattern.

#### Comet Factory

This is the factory contract capable of producing instances of the Comet implementation/logic contract, and invoked by the Configurator.

#### Rewards

This is a rewards contract which can hold rewards tokens (e.g. COMP, WETH) and allows claiming rewards by users, according to the core protocol tracking indices.

#### Bulker

This is an external contract that is not integral to Comet's function. It allows accounts to bulk multiple operations in a single transaction. This is a useful contract for Compound III user interfaces. The following is an example of steps in a bulked transaction.

- Wrap Ether to WETH
- Supply WETH collateral
- Supply WBTC collateral
- Borrow USDC

In addition to supplying, borrowing, and wrapping, the bulker contract can also transfer collateral within the protocol and claim rewards.

### Developer Resources

The following developer guides and code repositories serve as resources for community members building on Compound. They detail the protocol deployment process, construction of new features, and code examples for implementing external apps that depend on Compound III as infrastructure.

