Search Medium                                                              Write   Sign up   Sign In

Published in Compound

Jake Chervinsky
Jun 16, 2020 · 2 min read · Listen

# The Compound Protocol Belongs to the Community



Yesterday, Compound Labs achieved an important milestone in our pursuit of progressive decentralization: we launched an on-chain system that freely and continuously distributes COMP tokens to users of the Compound protocol. The user distribution system is a critical element of community governance, ensuring that the protocol's *users* are also its *owners* and *managers*.

Yesterday's launch was the final step in the decentralization process that we announced in February. **Our core work on the Compound protocol is done.**

Until yesterday, we played a central role in the development of the protocol. Through traditional equity fundraising (not token sales), we funded and built a key piece of infrastructure for the DeFi space. We then turned over control to the community by distributing COMP tokens to a collection of the protocol's most important stakeholders. Now that the user distribution system is live, it's time for us to step back and for the community to take charge.

## Taking a Step Back

To promote decentralization and empower community governance, we've adopted a set of rules and guidelines limiting how we interact with the protocol and COMP from now on. For example, **Compound Labs will not:**

- serve a continuing managerial role in community governance;
- participate directly in governance, such as by voting or delegating COMP;
- privately coordinate votes for or against governance proposals; or



**Jake Chervinsky**
165 Followers

Chief Policy Officer at the Blockchain Association.

Follow

## More from Medium

 Jayden Levitt in Level Up Coding
**You're Making a Huge Mistake Buying Crypto Before March 2023 (Raoul Pal)**

 Ann in Crypto 24/7
**These new DeFi protocols are freaking impressive**

 Mark Schaefer
**I just earned my first revenue from ChatGPT and other observations**

 Jessica Doosan
**5 AI Coins For the Next Crypto Trend**

Help   Status   Writers   Blog   Careers   Privacy   Terms   About
Text to speech

Help   Status   Writers   Blog   Careers   Privacy   Terms   About
Text to speech

- conduct or pay for security audits of third-party governance proposals.

COMP holders *must* learn to manage the protocol without us. We'll still be available to answer questions about the work we've done, and our employees may decide to participate in governance as individual members of the community themselves (or not). Beyond that, we leave the protocol to you.

*As we've said many times before, COMP empowers community governance — it isn't a fundraising device or investment opportunity.*

## Free and Open Source

I'm glad to announce that **the protocol is now fully open source:** we've replaced our prior license with the BSD-3 open source license. This means anyone can use, modify, and redistribute the protocol free of charge. We've also applied for protocol-related patents, but if they're issued, we'll use them for defensive purposes only.

## What's Next for Compound Labs?

Since our founding, we've focused exclusively on building and decentralizing the Compound protocol without regard for revenue — we don't profit directly from the protocol at all.

Now that our core work on the protocol is done, we're shifting our focus to developing new products and services for the crypto industry. We don't have anything to announce quite yet, but stay tuned!

Compound   Decentralization

Public domain.

👏 887   💬 4                                                    ↗   🔖

### More from Compound                                         Follow

Compound is an algorithmic, autonomous interest rate protocol built for developers, to unlock a universe of open financial applications.

Robert Leshner · May 27, 2020

**Expanding Compound Governance**

To create unstoppable, upgradable financial infrastructure, Governance replaced our team as administrator of the Compound protocol; COMP token-holders and their delegates debate, propose, a…



Ethereum   3 min read                                              🔖

---

Share your ideas with millions of readers.   **Write on Medium**

---

Robert Leshner · Apr 26, 2020

### The first Compound Governance Proposal

Prior to Compound Governance launching, users were given an opportunity to select which assets they favored adding to Compound; Maker and Tether (USDT) led the poll. With protocol upgrades now in…

Ethereum    3 min read

---

Adam Bavosa · Apr 22, 2020

### Building a Governance Interface

Quick Start Guide — Community governance has replaced the administrator of the Compound protocol in a major step towards full decentralization. The primary goal of decentralization is to allow the…

Governance    8 min read

---

Robert Leshner · Apr 16, 2020

### Compound Governance is Live

Today, we're extremely proud to announce that community governance has replaced the administrator of the Compound protocol. From this point forward, all changes (from supported assets, to system…

Ethereum    3 min read

---

Adam Bavosa · Mar 27, 2020

### Create a Compound Smart Contract API With Infura

In this guide, we'll review the concepts and code required to build your own API to invoke Compound protocol smart contracts using conventional HTTP requests; we'll use Infura as the bridge between t…

Ethereum    6 min read

---

Read more from Compound

## Recommended from Medium

Fairy Forest NFT
**Strategic Partnership : Fairy Forest x Nomics**

Lendflareofficial
**Lend Flare Alpha Test Airdrop Detail**

Shinchanieoalerts
**Flurry Finance Summary Recap with Shin Chan Community**

Karan
**How to invest in cryptocurrency 2022**

Kevin Caldwell
**Crypto Currency and its Place in the Economy**

Coinscapture in CoinsCapture
**6 Finest Metaverse Coins To Buy For 2022**

chikn.farm
**$EGG - Launch Retrospective**

Coinscapture in Coinscapture
**5 Most Popular Resilient Decentralized Oracles**