

| | 2023-01-11 | |
|---|---|---|
| | ■ Proposals | 12d |
| | **CIP-XX: Protocol Contribution Policy** | **0** |
| | ■ Governance Process | 13d |
| | **BAL listing Proposal** | **1** |
| | ■ Ideas | 14d |
| | **CGP 2.0 - Delegated Domain Allocation by Questbook** | **77** |
| | ■ Proposals | 15d |

More