← Tweet

**True Return Systems**
@InventFi

# @compoundfinance
RE: Compound Finance's Use of U.S. Patent No. 10,025,797: Method and System for Separating Storage and Process of a Computerized Ledger for Improved Function  truereturnsystems.com/c-docs



12:32 PM · Mar 10, 2022