ation Calculator Question

ying.transferFrom in compound docs for lending, throws this error: ProviderError:
Transaction reverted without a reason string

hain strategy questions

g compound ethereum

212.73112257 COMP tokens in YoBit. But I cant take them out!!!!!

pound api being lagged?

poofing website

e to supply COMP

**Post Needs Approval**

We've received your new post but it needs to be approved by a moderator before it will appear. Please be patient.

You have **1** post pending.

OK

with smart contra

comfirm COMP

e to pay back USDC loan

ere needing help with transferring

gagement and inducting new members into governance

transfer from Binance to Kraken with wrong network

and compound finance

ound Developer Community Call – December 15, 9:30am PT

ound Deployment on Numio - In Development