← Tweet

BOAG (IP) LAW, PLLC
@BOAGIP

@compoundfinance please see the Complaint and Summons filed in True Return Systems, LLC v. Compound Protocol, No. 22-cv-08483 (S.D.N.Y. filed Oct. 5, 2022). go.boagip.com/compound



4:43 PM · Oct 12, 2022

View Tweet analytics

1 Quote Tweet

Tweet your reply                                    Reply