UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>COMPOUND PROTOCOL,<br><br>               Defendant. | 22 Civ. 8483 (JPC) |

**ORDER GRANTING PLAINTIFF'S EX
PARTE MOTION FOR LEAVE TO SERVE DEFENDANT
COMPOUND PROTOCOL BY ELECTRONIC MEANS**

      This Court, having considered Plaintiff True Return Systems LLC's Ex Parte Motion for Leave to Serve Defendant Compound Protocol by Electronic Means ("Motion"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

      **IT IS HEREBY ORDERED:**

The Motion is GRANTED and the Court orders that service of process on Compound Protocol may be made in this action by providing a copy of the Summons and Complaint by: (1) direct message to Compound Protocol's @compoundfinance Twitter account; (2) posting to the official Compound Protocol forum at www.comp.xyz; and (3) e-mail message to security@compound.finance and niraj@polychain.capital.

SO ORDERED.

Dated:  March 6, 2023

BY THE COURT:

_____
John P. Cronan
United States District Court Judge

1