UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>COMPOUND PROTOCOL,<br><br>        Defendant. | Case No. 1-22-cv-08483-JPC<br><br>**CERTIFICATE OF SERVICE** |

      Pursuant to the Court's Order (ECF No. 20) ("Order"), Plaintiff True Return Systems, LLC ("Plaintiff") provides this Certificate of Service certifying that it has served the Summons (ECF No. 8) and Complaint (ECF No. 1) on Defendant Compound Protocol as follows:

      1.     By direct message to Compound Protocol's @compoundfinance Twitter account; (completed October 12, 2022);

      2.     By posting to the official Compound Protocol forum at www.comp.xyz (completed October 12, 2022);

      3.     By e-mail message to security@compound.finance and niraj@polychain.capital (completed March 22, 2023).

Dated: March 22, 2023                        Respectfully submitted,

                                                      BOAG LAW, PLLC

                                                        By: _/s/ David A. Boag_____
                                                        David A. Boag (DB9899)
                                                        447 Broadway, Suite 2-270
                                                        New York, NY 10013
                                                        (212) 203-6651
                                                        dab@boagip.com

-2-

*Attorneys for Plaintiff True Return Systems LLC*