UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPOUND PROTOCOL,<br><br>    Defendant. | Case No. 1:22-cv-08483<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel of record for proposed intervenor Compound Labs, Inc. in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.  I certify that I am admitted to practice in this court.

Date:  May 5, 2023

Respectfully submitted,

    */s/ Jason Gottlieb*
Jason Gottlieb
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8600
jgottlieb@morrisoncohen.com