UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUE RETURN SYSTEMS LLC,

      Plaintiff,

      vs.

COMPOUND PROTOCOL,

      Defendant.

Case No. 1:22-cv-08483

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel of record for proposed intervenor Compound Labs, Inc. in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.  I certify that I am admitted to practice in this court.

Date:   May 5, 2023

Respectfully submitted,

_____/s/ Alvin Lin_____
Alvin Lin
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8600
alin@morrisoncohen.com