UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMPOUND PROTOCOL,<br><br>   Defendant. | Case No. 1:22-cv-08483<br><br>**NOTICE OF MOTION**<br>**TO INTERVENE** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated June 6, 2023, the accompanying Declaration of Jayson Hobby dated June 6, 2023, and the exhibits attached thereto, Proposed Intervenor Compound Labs, Inc. will move this Court, before the Honorable John P. Cronan, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl St., Courtroom 12D, New York, NY 10007, at such date as the Court will determine, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedures granting its motion to intervene in this case as defendant, and for such other further relief this Court may deem just and property.

Pursuant to this Court's order dated May 9, 2023 (ECF DOC. 39), Plaintiff shall file its opposition by July 5, 2023 and Proposed Intervenor shall file its reply by July 19, 2023.

| | |
|---|---|
| Date: June 6, 2023<br>New York, NY | Respectfully submitted,<br>MORRISON COHEN LLP<br><br>By: */s/ Alvin C. Lin*<br>　　　Alvin C. Lin<br>　　　Jason P. Gottlieb<br>　　　Daniel C. Isaacs<br>　　　Morrison Cohen LLP<br>　　　909 Third Avenue<br>　　　New York, NY 10022<br>　　　Tel: (212) 735-8600<br>　　　alin@morrisoncohen.com<br>　　　jgottlieb@morrisoncohen.com<br>　　　disaacs@morrisoncohen.com<br><br>　　　*Attorneys for Proposed Intervenor*<br>　　　*Defendant Compound Labs, Inc.* |