**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,  Plaintiff,  -vs-  COMPOUND PROTOCOL,  Defendant,  and-  COMPOUND LABS, INC.,  Intervenor Defendant. | Case No. 1:22-cv-08483-JGLC  **NOTICE OF MOTION TO STAY PROCEEDINGS PENDING *INTER PARTES* REVIEW** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated October 20, 2023, the accompanying declaration of Alvin C. Lin, dated October 20, 2023, and the exhibits attached thereto, Intervenor Defendant Compound Labs, Inc. will move this Court, before the Honorable Judge Jessica G. L. Clarke, at the United States District Court for the Southern District of New York, 500 Pearl St., Courtroom 20C, New York, NY 10007, at such date as the Court will determine, for an order granting its motion to stay this action pending *inter partes* review, and for such other further relief this Court may deem just and proper.

Pursuant to the briefing schedule set by the Court, Plaintiff shall file its opposition by November 3, 2023, and Intervenor Defendant shall file its reply by November 10, 2023.

2

Date: October 20, 2023            Respectfully submitted,
New York, New York            MORRISON COHEN LLP

By: */s/ Alvin C. Lin*
Alvin C. Lin
Jason P. Gottlieb
Daniel C. Isaacs
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Tel: (212) 735-8600
alin@morrisoncohen.com
jgottlieb@morrisoncohen.com
disaacs@morrisoncohen.com

*Attorneys for Intervenor Defendant Compound Labs, Inc.*

2