

**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

March 13, 2024

*via ECF*
The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007-1312

RE: *True Return Systems LLC v. Compound Protocol*, No. 22-cv-08483-JGLC
Our File: TRUE.220217.COM

Dear Judge Clarke:

    This firm represents Plaintiff True Return Systems, Inc. ("TRS"). We regret to inform the Court that we were informed yesterday that Jack Fonss, the sole member of TRS, has died.

    We respectfully request a status conference at the earliest convenience of the Court to discuss the appropriate next steps in this Action.

                                          Respectfully submitted,

                                          David A. Boag

Encl.

cc: All Counsel of Record (via ECF)