

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

April 16, 2024

*via ECF*
The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:     *True Return Systems, LLC v. Compound Protocol*, No. 1:22-cv-08483-JLGC

Dear Judge Clarke:

We write in response to the Court's April 15, 2024 Order requiring an update on the status of this case.

As Plaintiff previously reported (Dkt. No. 55), Jack Fonss, the sole member of Plaintiff True Return Systems, LLC has died, leaving Plaintiff with no individual having decision-making authority. Counsel for Plaintiff has been in contact with Mr. Fonss's family and has been advised that an interim administrator will shortly be appointed.

Plaintiff requests an additional 30 days to provide a further status update to the Court with the proviso that it will update the Court within five business days of a determination of ownership or executorship of Plaintiff. Defendant does not object to Plaintiff's request.

Respectfully submitted,

/David A. Boag/
David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems, LLC*

/Jason P. Gottlieb/
Jason P. Gottlieb
**Morrison Cohen LLP**
909 Third Avenue
New York, NY 10022-4784
(212) 735-8837
jgottlieb@morrisoncohen.com

*Attorneys for Defendant Compound Protocol*