

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

May 19, 2024

*via ECF*
The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *True Return Systems, LLC v. Compound Protocol*, No. 1:22-cv-08483-JLGC

Dear Judge Clarke:

We write in response to the Court's Order that a status update be entered by May 17, 2024.

Counsel for Plaintiff has been in contact with Mr. Fonss's family and has been advised that an interim administrator will be appointed within the "next few weeks." We understand that Mr. Fonss's family is currently working with their estate attorneys on putting a plan in place.

Plaintiff requests an additional 30 days to provide a further status update to the Court with the proviso that it will update the Court within five business days of a determination of ownership or executorship of Plaintiff. Defendant does not object to Plaintiff's request.

Respectfully submitted,

/David A. Boag/
David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems, LLC*

/Jason P. Gottlieb/
Jason P. Gottlieb
**Morrison Cohen LLP**
909 Third Avenue
New York, NY 10022-4784
(212) 735-8837
jgottlieb@morrisoncohen.com

*Attorneys for Defendant Compound Protocol*