

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

June 28, 2024

*via ECF*
The Honorable Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: *True Return Systems, LLC v. Compound Protocol*, No. 1:22-cv-08483-JLGC

Dear Judge Clarke:

We write in response to the Court's Order that a status update be entered by June 28, 2024.

An administrator has been appointed to manage Plaintiff True Return Systems, LLC, with full decision-making authority. The parties request that they be permitted to provide the Court with a further status update in 60 days.

Respectfully submitted,

/David A. Boag/
David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems, LLC*

/Jason P. Gottlieb/
Jason P. Gottlieb
**Morrison Cohen LLP**
909 Third Avenue
New York, NY 10022-4784
(212) 735-8837
jgottlieb@morrisoncohen.com

*Attorneys for Defendant Compound Protocol*