UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMPOUND PROTOCOL,<br><br>Defendant. | Case No. 22-cv-08483-JGLC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, that whereas no party to this action is an infant or incompetent and the parties and their attorneys have settled the action, it is stipulated and agreed that this action is hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems, LLC*

Jason P. Gottlieb
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022-4784
(212) 735-8837
jgottlieb@morrisoncohen.com

*Attorneys for Intervenor-Defendant Compound Labs, Inc.*