UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>            Plaintiff,<br>    v.<br><br>COMPOUND PROTOCOL,<br><br>            Defendant. | Case No. 22-cv-08483-JGLC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff True Return Systems LLC, by and through its undersigned counsel, hereby voluntarily dismisses this action with prejudice.

Dated: August 12, 2024                    Respectfully submitted,

*/s/ David A. Boag*
DAVID A. BOAG
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
dab@boagip.com

*Attorneys for Plaintiff True Return Systems LLC.*

-1-

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on August 12, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of the filing to all registered attorneys of record.

*/s/ David A. Boag*
David A. Boag